UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ORTEGA-RANGEL,<br>　　　　　Plaintiff,<br>　　v.<br>JEFFERSON B. SESSIONS, et al.,<br>　　　　　Defendants. | Case No. 18-cv-01618-JSC<br><br>**JUDGMENT** |

The Court, having granted Ms. Ortega's petition for writ of habeas corpus by Order filed May 14, 2018, enters judgment in favor of Ms. Ortega and against the Government.

**IT IS SO ORDERED.**

Dated: May 15, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge