BRENDON D. WOODS, ESQ.  (SBN. 189910)
PUBLIC DEFENDER
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.   (510) 268-7401
FAX.  (510) 268-7262
brendon.woods@acgov.org

RAHA JORJANI, ESQ. (SBN.  240941)
IMMIGRATION DEFENSE ATTORNEY
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.   (510) 268-7401
FAX.  (510) 268-7262
raha.jorjani@acgov.org

Attorneys for the Petitioner

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

|  |  |
|---|---|
| MARIA ORTEGA RANGEL, | Case No. 3:18-cv-01618-JSC |
| Petitioner, | |
| vs. | **EXHIBITS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| JEFFERSON SESSIONS, in her Official capacity as Attorney General of the United States; KIRSTJEN  NEILSEN, Secretary of the U.S. Department of Homeland Security; DAVID JENNINGS in her official capacity as Field Office Director; and DAVID O. LIVINGSTON, in her official capacity as Sheriff-Coroner of Contra Costa County in charge of the West County Detention Facility. | |
| Respondent(s). | |

## EXHIBITS

A.   Declaration of Raha Jorjani in Support of Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act.

B.   Sworn Declaration of Maria Ortega Rangel In Support of Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act.

C.   Chart for Hours Claimed by Raha Jorjani

D.   Chart for Hours Claimed by Rachael Keast

E.   Chart For Hours Claimed By My Khanh Ngo

F.   Copy of Order of Immigration Judge Granting Bond on May 24, 2018.

G.   Copy of Minute Order showing oral motion by District Attorney to sever Ms. Ortega Rangel's case from her codefendants and dismiss all charges, dated May 23, 2018.

H.   Laffey Matrix

# Exh. A

BRENDON D. WOODS, ESQ.  (SBN. 189910)
PUBLIC DEFENDER
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
brendon.woods@acgov.org

RAHA JORJANI, ESQ. (SBN.  240941)
IMMIGRATION DEFENSE ATTORNEY
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
raha.jorjani@acgov.org

Attorneys for the Petitioner

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

|  |  |
|---|---|
| MARIA ORTEGA RANGEL, | Case No. 3:18-cv-01618-JSC |
| Petitioner, | |
| vs. | **DECLARATION OF RAHA JORJANI IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| JEFFERSON SESSIONS, in her Official capacity as Attorney General of the United States; KIRSTJEN  NEILSEN, Secretary of the U.S. Department of Homeland Security; DAVID JENNINGS in her official capacity as Field Office Director; and DAVID O. LIVINGSTON, in her official capacity as Sheriff-Coroner of Contra Costa County in charge of the West County Detention Facility. | |
| Respondent(s). | |

I, Raha Jorjani, hereby declare the following:

1. I am an immigration defense attorney employed by the Office of the Alameda County Public Defender. I represent the Petitioner, Maria Ortega Rangel, in her ongoing removal proceedings before the San Francisco Immigration Court. I represented Ms. Ortega Rangel in her bond hearing before the Immigration Court on March 2, 2018. I also represented Ms. Ortega Rangel on her habeas petition filed on March 14, 2018 before the U.S. District Court.

2. My office represented Ms. Ortega in her criminal proceedings in Alameda County in Case No. 18-001793-C which involves multiple co-defendants. On May 23, 2018, subsequent to this Court's grant of Ms. Ortega Rangel's habeas petition, the District Attorney in Alameda County moved to dismiss all charges against Ms. Ortega Rangel. She no longer has any criminal case pending against her and has no convictions in the United States. A copy of the minute order showing the dismissal is provided as Exhibit G of Petitioner's Exhibits in Support of Motion for Attorneys' Fees and Expenses.

3. I have been practicing removal defense, with a specialized focus on representation of detained individuals, and those whose cases fall at the intersection of criminal and immigration law for 13 years, since becoming a member of the California Bar in 2005. During this time, I have represented countless individuals detained by the Department of Homeland Security and facing deportation. Over the last 13 years, I have represented immigrants before Immigration Courts in at least 4 different jurisdiction, the Board of Immigration Appeals, U.S. District Courts, the U.S. Court of Appeals for the Ninth Circuit, Juvenile Delinquency Courts and before Superior Courts in California on post-conviction relief motions.

4. I currently direct the Immigration Representation Unit of the Office of the Alameda County Public Defender, a groundbreaking unit that was the first of its kind in California and on the West Coast. I began my current position in January 2014. It is precisely due to the nature of my position as an immigration attorney embedded within a county public defender office that I was able to learn about Ms. Ortega Rangel's legal situation and to provided such an expedited response.

5. Before beginning my current position with the public defender's office, I served as a Clinical Professor at the UC Davis School of Law, in the

1

Immigration Law Clinic, for over six years, where I focused on the intersection between criminal and immigration law and the practice of detention and deportation defense.

6.  In the Fall of 2014, I taught UC Berkeley School of Law's first course on the area of law commonly referred to as "Crimmigration" – the intersection of criminal and immigration laws and the study of the immigration consequences of criminal convictions.

7.  I am regularly asked to provide trainings to immigration attorneys as well as criminal defense attorneys regarding the intersection of immigration and criminal laws and detention and deportation defense. In February 2018, I conducted a recorded legal training on this topic for the Continuing Education of the Bar. Additionally, I have presented on numerous panels on topics related to detention and deportation defense, and the area known as "crimmigration" for the American Immigration Lawyers Association (a national organization of immigration lawyers and a leading organization on the dissemination of legal expertise and resources related to the practice of immigration law.) I have shared my expertise at conferences and trainings for the Society of American Law Teachers, American Association of Law Schools, American Bar Association, California Public Defender Association, Alameda County Bar Association, the First District Appellate Project, Immigrant Legal Resource Center, and dozens of others. A few days ago, I presented at the 2018 Annual Conference of the American Psychological Association on detention and deportation law and policy in the United States.

8.  I have regularly been asked to speak or lecture at schools and universities regarding my expertise in the area of immigration law dealing with detention and removal, including at Stanford Law School, Yale Law School, UC Berkeley School of Law, UC Hastings School of Law, UC Davis School of Law, UCLA School of Law, Golden Gate School of Law, Goldman School of Public Policy (UC Berkeley), Lokey School of Public Policy (Mills College).

9.  In February 2017, I testified before the California Senate Committee on the Judiciary regarding Due Process for Immigrants, as well as before the Public Safety Committee and the Human Services Committee at the State Capitol on matters related to immigrants (like Ms. Ortega Rangel) who come into contact with the criminal justice system.

2

10. I have provided trainings for state court judges on the immigration consequences of criminal convictions in at least 6 states, including California, Arizona, Michigan, Utah, Iowa, and Kansas.

11. Most recently, I served as the only practitioner on the faculty for a training organized by The Rutter Group (Thompson Reuters) on Intersections of Immigration and State Laws which took place on April 18, 2018 and April 25, 2018. The remaining faculty consisted of two State Court Judges as well as two Immigration Judges (the past and current Presidents of the National Association of Immigration Judges).

12. In the last year and a half alone, I have been asked to conduct two major trainings for immigration practitioners on filing habeas petitions on behalf of detained immigrants; both of which were recorded. The first was for the Practising Law Institute in San Francisco (March 2017) and the second was for one part of a five part comprehensive training on habeas practice for immigration practitioners organized by the National Immigration Project (February 2018).

13. In my experience, the majority of local immigration practitioners who represent individuals before Immigration Courts and the Board of Immigration Appeals do not also have expertise in challenging the legality of their client's detention before the U.S. District Court. Even fewer are able to provide this service on a *pro bono* basis, with limited resources, on behalf of indigent detainees who would not otherwise be able to afford an attorney.

14. In the 13 years that I have been an attorney, I have focused my practice entirely on defending indigent individuals from detention and removal by the Department of Homeland Security. I have never practiced at a firm or in any area of immigration law outside of the area of detention, deportation, and immigration consequences of criminal convictions. I am in the process of obtaining a declaration from an immigration practitioner and federal litigation expert in support of my request for enhanced fees.

Executed on this 13th day of August, 2018 in Oakland, California:

/s/ Raha Jorjani

_____
Raha Jorjani

3

Exh. B

BRENDON D. WOODS, ESQ.  (SBN. 189910)
PUBLIC DEFENDER
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
brendon.woods@acgov.org

RAHA JORJANI, ESQ. (SBN.  240941)
IMMIGRATION DEFENSE ATTORNEY
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
raha.jorjani@acgov.org

Attorneys for the Petitioner

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MARIA ORTEGA RANGEL, )<br><br>Petitioner, )<br><br>vs. )<br><br>JEFFERSON SESSIONS, in his )<br>Official capacity as Attorney General of )<br>the United States; KIRSTJEN )<br>NEILSEN, Secretary of the U.S. )<br>Department of Homeland Security; )<br>DAVID JENNINGS in his official )<br>capacity as Field Office Director; and )<br>DAVID O. LIVINGSTON, in his official )<br>capacity as Sheriff-Coroner of Contra )<br>Costa County in charge of the West )<br>County Detention Facility. )<br>Respondent(s). )<br> ) | Case No. 3:18-cv-01618<br><br><br>**SWORN DECLARATION OF MARIA ORTEGA RANGEL** In Support of Motion for **Attorney's Fees and Expenses Under the Equal Access to Justice Act** |

I, Maria Ortega Rangel, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, that the following is true and correct to the best of my knowledge:

1. My name is Maria Ortega Rangel. I make this declaration in support of my attorney's Motion for Attorney's Fees and Costs incurred in successfully representing me before the District Court of Northern District of California in the case of *Ortega Rangel v. Sessions et al.*, Case No. 3:18-cv-01618. I am the petitioner in this case.

2. On March 14, 2018, my net worth was less than $2,000,000. I sold tamales for a living before being arrested. I own no real estate or vehicle.

Executed on this 10th day of August 2018 in Oakland, California:

*Maria Ortega Rangel*

Maria Ortega Rangel

1

## CERTIFICATE OF TRANSLATION

I, Andrea Velazquez, certify that I am fluent in the English and Spanish languages, that I have verbally translated the foregoing document from English to the Spanish language and read the translation to Maria Ortega Rangel, and that the translation is true and correct to the best of my knowledge and belief.

_____                    08/10/2018
Andrea Velazquez                                                     Date

2

# Exh. C

## Hours Claimed By Raha Jorjani

| Description of Services | Year Performed | Amount of Time | Hourly Rate Requested |
|---|---|---|---|
| Interviews and Conferences | 2018 | 9.50 | $475.00 |
| Obtaining and Reviewing Record | 2018 | 12.25 | $475.00 |
| Preparing Briefs and Motions | 2018 | 44.00 | $475.00 |
| Legal Research | 2018 | 8.00 | $475.00 |
| Oral Argument | 2018 | 7.00 | $475.00 |
| Total | 2018 | 80.75 | $475 |

# Exh. D

## Hours Claimed By Rachael Keast

| Description of Services | Year Performed | Amount of Time | Hourly Rate Requested |
|---|---|---|---|
| Interviews and Conferences | 2018 | 0 | |
| Obtaining and Reviewing Record | 2018 | 0.25 | $200.00 |
| Preparing Briefs and Motions | 2018 | 3.00 | $200.00 |
| Legal Research | 2018 | 3.00 | $200.00 |
| Oral Argument | 2018 | 0.0 | |
| Total | 2018 | 6.25 | $200.00 |

# Exh. E

## Hours Claimed By My Khanh Ngo

| Description of Services | Year Performed | Amount of Time | Hourly Rate Requested |
|---|---|---|---|
| Interviews and Conferences | 2018 | 0 | |
| Obtaining and Reviewing Record | 2018 | 0.0 | $200.00 |
| Preparing Briefs and Motions | 2018 | 7.25 | $200.00 |
| Legal Research | 2018 | 2.65 | $200.00 |
| Oral Argument | 2018 | 0.75 | $200.00 |
| Total | 2018 | **10.65** | $200.00 |

# Exh. F

DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
630 SANSOME STREET, SUITE 475
SAN FRANCISCO, CA  94111

FILE: A209-396-722

IN THE MATTER OF:
**ORTEGA RANGEL, MARIA**

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

_____  ORDERED that the request for a change in custody status be denied.

_____  ORDERED that the respondent is ordered detained without bond.

_____  No jurisdiction pursuant to 236 of the Act.

__X__  ORDERED that the request be granted and that respondent be:

_____      released from custody on his own recognizance

__X__      released from custody under bond of $ 1500

_____  OTHER _____

_____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL:  waived - reserved (A I /B)  Due by: 6/25/18

SAN FRANCISCO -- SAN FRANCISCO, CALIFORNIA

Date:  May 24, 2018

Joseph Y. Park
Immigration Judge

XS

**Exh. G**

*Submitted by Respondent in court 5/24/18*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**CLERKS DOCKET AND MINUTES**

1. WT: Active        PO:              Dept. 702        Court Date & Time: 05/23/2018 - 9:15 AM
2. Docket Name: ORTEGA, MARIA                CEN: 8377816
3. HG Type: Motion to Dismiss                PFN: BLT776              Docket: 18-CR-01793C
   HG Comments: and sever from CoDeft case by DA                     Probation:
4. CHARGES:        4 charge(s)              BAC:

18-CR-001793C
CDM
Clerks Docket and Minutes
841436

001: HS11351-F: POSSESSION FOR SALE OF A CONTROLLED SUBSTANCE
001-E01: HS11370.4(a)-F: SPEC ALLEG-PUNISHMENT BY QUANTITY (Enhancement)
001-E02: PC1203.07(a)(1)-F: SPEC ALLEG-14.25 GRAMS OR MORE OF HEROIN POSSESSED FOR SALE (Enhancem
002: PC273a(a)-F: Wilful Cruelty To Child/Possible Injury Or Death

5. Bail: OR                                      Bond Status / Amount:
   Time Waiver: NTW10/NTW60

**PROCEEDING**        *Connie Campbell*

6. Judicial Officer: Blea, Jacob          Dep. DA: 
7. Dep Clerk: Cerro, Donna               Def. Atty: Sakoh, Miyuki ✓
8. Reporter: Pandolfo, Lisa              Other:

*(ICE custody)*

**DEFENDANT:**
☐Present  ☒In Custody *DEFTIC*  ☐Pro Per  ☒Not Present  ☐Excused  ☐977 on file  ☐Failed to Appear *DEFTA*
☐Interpreter *INTR*:_____ present ☐Certified ☐Sworn  Language Interpreted:_____
☐Duly Arraigned *ARR* ☐Advised as to Constitutional Rights ☐Advisement of Rights Filed
           ☐Waives Formal Arraignment *FAW*
Defendant / Attorney Served:☐ _____Complaint / Information / Indictment / Petition

Protective Order (PC 136.2) *CPO*: ☐Issued  ☐Modified  ☐Terminated *CPOT*  ☐Served  ☐Do Not Harass
☐Stay Away from:_____ ☐at least _____ yards
☐Referred to Public Defender *PDREF* ☐PD Files Conflict *DCI* ☐Financially Ineligible ☐PD Appointed ☐Private Aty Apptd
☐Waiver of Rights and Plea Form Filed *PLF*  ☐Plea Withdrawn  ☐Change of Plea  ☐Plea in Absentia
☐Plea Entered: Not Guilty / Guilty / No Contest  ☐Convicted Guilty / No Contest as to Count(s)_____
Plea to a lesser included/reasonably related offense: ☐Guilty / No Contest of Count(s) _____
To the charge of:_____

Clauses: ☐Denied  ☐Admitted _____  ☐Dismissed _____  ☐Stricken Sentencing Purposes Only
Priors:  ☐Denied  ☐Admitted _____  ☐Dismissed _____  ☐Stricken Sentencing Purposes Only
Referred to:☐Probation-F *REFP* ☐Probation-M *RPM* ☐Re-Referred to Probation *REFP* ☐Financial Hearing Officer *REFFHO*

Time Waived *TW*:  ☐Trial  ☐Sentence  ☐Preliminary Exam 10 and 60 days  ☐Preliminary Exam 10 day only *TW10*
No Time Waiver *NTW*: ☐Trial, due:_____  ☐Sentence  ☐Time Waiver Withdrawn *TWWD*
        ☐Preliminary Exam 10 days *NTWPX10* due:_____  ☐Preliminary Exam 60 days *NTWPX60* due:_____

Bail: ☐Bail Set at $_____*BS* ☐BF Set Aside *BFSA* ☐Reinstated *BREI* ☐Exonerated *BBEX*
☐Forfeited in Open Court While Court Was in Session *BBFF* ☐Summary Judgment Entered *SJE*
☐Deft OR'd *ROR*  ☐Cruz Waiver *CRUZ*  ☒Released this Action Only *RTA*  ☐Deft Remanded *REMC*

Warrant: ☐Bench Warrant Issued $_____*BWI* ☐Warrant Maintained *WM*  ☒Warrant Recalled *WRC*
☐Bench Warrant Held *BWH* $_____ ☐BW Withdrawn *BWW* ☐OR Revoked *OREV* ☐No Cite Release ☐Night Service

Page 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**CLERKS DOCKET AND MINUTES**

Docket Name: ORTEGA, MARIA                                    Docket: 18-CR-001793C

☒Petition / Motion by _____ DA _____ (for)/to   Dismissal in IOJ   ☒Granted   ☐Denied   ☐Withdrawn

**Probation:** ☐Court *CP*  ☐Formal *FP*   Granted for _____ years / months   ☐See attached conditions   ☐Denied *PRD*
**Prob. Violation:** ☐Revoked *PRREV*   ☐Summarily Revoked *PSR*   ☐Denies Violation   ☐Admits Violation *APV*
☐Matter Submitted   ☐Hrg Waived   ☐Found in Violation *FPV*   ☐Not Found *NPV*   ☐Reinstated *PRREI*
☐Continue Same Terms & Conditions   ☐Modified   ☐Extended to _____ *EXTP*   ☐Terminated *PRTERM*

**Community Supervision:** ☐Revoked *CSREV*   ☐Denies Violation   ☐Admits Violation
☐Matter Submitted   ☐Hrg Waived   ☐Found in Violation   ☐Not Found *NPV*
☐Restored and Modified *CSRM*   ☐Restored Same Terms & Conditions *CSRSTC*   ☐Terminated *CSTERM*
**Parole Supervision:** ☐Revoked *PREV*   ☐Denies Violation   ☐Admits Violation
☐Matter Submitted   ☐Hrg Waived   ☐Found in Violation   ☐Not Found *NPV*
☐Restored & Modified *PREM*   ☐Restored Same Terms & Conditions *PSTC*   ☐Terminated *PST*
**Mandatory Supervision:** ☐Revoked *MSRV*   ☐Denies Violation   ☐Admits Violation
☐Matter Submitted   ☐Hrg Waived   ☐Found in Violation   ☐Not Found *NPV*
☐Restored & Modified *MSRS*   ☐Restored Same Terms & Conditions *MSSTC*   ☐Terminated *MST*

**Firearms Relinquishment:** ☐ Compliant *FAC*   ☐ Non-Compliant *NFAC*

☐Doubt Declared *1368D*   ☐Criminal Proceedings Suspended *CPS*   ☐Criminal Proceedings Reinstated *CPREI*

Severed from Codefendants   Matter heard at 2pm
— Case/matter DISMISSED in Interest of Justice

**Future Hearings:**

Continued:   ☐Office to Send Notice   ☐Deft to be Booked *FIDEN*

Date_____ Time_____ Dept_____ Proc_____
Date_____ Time_____ Dept_____ Proc_____
Date_____ Time_____ Dept_____ Proc_____
Date_____ Time_____ Dept_____ Proc_____

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
The foregoing instruments are true and
correct copies of the original
on file in this office

MAY 2 4 2018

ATTEST:
CLERK OF THE SUPERIOR COURT
By_____
Deputy

Page 2

# Exh. H

matrix

# LAFFEY MATRIX

History

Case Law

Expert Opinions

See the Matrix

Contact us

Home

Links

|  |  |  | | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | Adjustmt Factor** | Paralegal/ Law Clerk | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/18- 5/31/19 | 1.0350 | $202 | | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | | $155 | $191 | $276 | $311 | $375 |

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.