BRENDON D. WOODS, ESQ. (SBN. 189910)
PUBLIC DEFENDER
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX. (510) 268-7262
brendon.woods@acgov.org

RAHA JORJANI, ESQ. (SBN. 240941)
IMMIGRATION DEFENSE ATTORNEY
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX. (510) 268-7262
raha.jorjani@acgov.org

Attorneys for the Petitioner

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| MARIA ORTEGA RANGEL,<br><br>         Petitioner,<br><br>     vs.<br><br>JEFFERSON SESSIONS, et al.,<br><br>         Respondent(s). | Case No. 3:18-cv-01618<br><br>**Supplemental Exhibit In Support of Petitioner's Motion for Attorney's Fees** |

Petitioner, through Counsel, hereby submits a supplemental exhibit in support of her Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act filed on August 13, 2018. Petitioner notified this Court on August 13, 2018 that she was in the process of obtaining a declaration from an immigration practitioner and federal litigation expert in Support of her Motion for Attorneys' Fees. *See* ECF Docket 15-1, Exhibit A, paragraph 14. She is now submitting a declaration from Holly S. Cooper, Co-director of the UC Davis School of Law's Immigration Law Clinic.

Counsel represents Petitioner on a *pro bono* basis and with limited resources. Counsel's schedule, as well as Ms. Cooper's schedule, impaired Counsel's ability to file Ms. Cooper's declaration with the EAJA motion. Counsel has made diligent efforts to file the supporting declaration as soon as posible thereafter.

Counsel notified Assistant U.S. Attorney Neill Tseng on August 13 and August 14 regarding her intention to supplement the EAJA motion with a declaration from an expert practitioner.

Respectfully submitted on this 16th day of August, 2018:


/s/ Raha Jorjani
_____
RAHA JORJANI

1

BRENDON D. WOODS, ESQ.  (SBN. 189910)
PUBLIC DEFENDER
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
brendon.woods@acgov.org

RAHA JORJANI, ESQ. (SBN.  240941)
IMMIGRATION DEFENSE ATTORNEY
OFFICE OF THE ALAMEDA COUNTY PUBLIC DEFENDER
312 CLAY STREET, 2ND FLOOR
OAKLAND, CA 94607
TEL.  (510) 268-7401
FAX.  (510) 268-7262
raha.jorjani@acgov.org

Attorneys for the Petitioner

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MARIA ORTEGA RANGEL,<br><br>                    Petitioner,<br><br>           vs.<br><br>JEFFERSON SESSIONS, in his Official capacity as Attorney General of the United States; KIRSTJEN NEILSEN, Secretary of the U.S. Department of Homeland Security; DAVID JENNINGS in his official capacity as Field Office Director; and DAVID O. LIVINGSTON, in his official capacity as Sheriff-Coroner of Contra Costa County in charge of the West County Detention Facility.<br>                    Respondent(s).<br>_____ | Case No. 3:18-cv-01618<br><br>**Declaration Holly S. Cooper in Support of Petitioner's Motion for Attorney's Fees** |

I, HOLLY S. COOPER, declare:

1. I am an attorney, clinical professor, and co-director of the UC Davis School of Law's Immigration Law Clinic. My business address is: One Shields Ave. TB-30, Davis, CA 95616. I am licensed to practice law before the courts of the State of California, the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the United States Courts of Appeals for the Ninth Circuit and the Supreme Court of the United States. My California State Bar Number is 197626.

2. I received my Juris Doctorate from UC Davis School of Law in May 1998.

3. I make this declaration in support of Petitioner's Motion for Attorney Fees under the Equal Access to Justice Act in *Ortega-Rangel v. Session,* Docket Number 3:18-cv-01618.

4. Before coming to UC Davis School of Law, I worked at Reed Smith LLP, Fellom & Solorio, and the Florence Immigrant and Refugee Rights Project in Florence, Arizona. At the Florence Project, I initiated the first friend of the court program for detained immigrant children in collaboration with the Executive Office for Immigration Review, and represented adult detainees. These experiences helped me develop an expertise in litigating the rights of immigrants, especially the rights of detained immigrants.

5. Since 1998, my practice has been almost exclusively in the area of immigration law. I specialize in the intersection of immigrant's rights, civil

1

rights, and prisoner's rights. In the Immigration Law Clinic, I focus on creating a pedagogical program to educate law students on the civil rights of immigrant prisoners and detainees and how to effectively advocate on their behalf.

6. Since 1998, I estimate that I have represented hundreds of individuals in proceedings before the United States Citizenship and Immigration Services, the former Immigration and Naturalization Service, the Department of Homeland Security, the Executive Office for Immigration Review, the Board of Immigration Appeals, the United States District Courts, and the United States Circuit Courts of Appeals for the Ninth Circuit.

7. I have been a member of the American Lawyer's Association (AILA) since 1998. I was appointed for two years to the AILA Liaison Committee to the Office of the Chief Immigration Judge and Board of Immigration Appeals.

8. In 2011, I received the prestigious Carol Weiss King Award from the National Lawyers' Guild for outstanding teaching, creative litigation, and generous mentorship. I have also received recognition from the California Assembly and California Senate for my clinical work, and Community Partner Awards from Legal Services for Children and the Mexican Consulate.

9. I have successfully litigated, as the attorney of record, several cases published as precedent by the Ninth Circuit Court of Appeals, and many more that were not designated as precedent.

10. I have lectured and provided numerous trainings throughout the United States on litigating immigration detention issues at continuing legal education seminars and at national conferences of the AILA, the National Immigration Project of the National Lawyers' Guild, and the American Bar Association. I also served a full tenure on the ABA Immigration Commission as an advisor and member of the commission.

11. I have published various articles on detention litigation strategies for AILA including: *Getting Out: Strategies for Challenging Unlawful Detention in Federal Court* (2006) and *Freedom from ICE Custody: A Desert Illusion or A Litigation Possibility?* (2009). I also authored the detention chapter in the Immigrant Legal Resource Center's book entitled <u>Defending Immigrants in the Ninth Circuit</u> (ILRC 2008).

12. I have testified twice as an expert witness on immigration law. I have served as an expert consultant to Amnesty International and Human Rights Watch for their reports on immigration detention conditions and the rights of immigrant detainees and provide expert consultations to Santa Barbara County.

13. I have successfully obtained attorneys' fees in multiple cases that I have worked on and been asked to share my expertise in the area of attorneys' fees litigation with practitioners nationwide.

14. I have known Raha Jorjani since she began her career. I was a supervising attorney at the Florence Immigrant and Refugee Rights Project when she came on as a new staff attorney in August 2005. I then worked with her closely in the UC Davis School of Law's Immigration Law Clinic from 2007 through 2013. As such, I am highly familiar with Ms. Jorjani's work in area of immigration law. Ms. Jorjani has developed nationally recognized expertise in the defense of immigrants detained and facing deportation by the Department of Homeland Security, as well as in the highly specialized area known as "crimmigration," which deals with the intersection between immigration and criminal laws.

15. Ms. Jorjani and I frequently consult with one another regarding detention and deportation cases as well as regarding the immigration consequences of criminal convictions. As such, I am familiar with the complexity of the cases that she works on, and the strategies she employs in defending her clients and challenging unlawful detention.

16. Professor Amagda Perez and I (co-directors of the Immigration Law Clinic) regularly ask Ms. Jorjani to guest lecture in our Immigration Law Clinic

4

weekly seminars in order to help train our law students in "crimmigration" practice areas.

17. Ms. Jorjani's groundbreaking work in developing an embedded immigration representation model for public defender offices in California has received wide recognition. In 2016, the public defender based Immigrant Representation Unit she spearheaded received the Program of the Year Award by the California Public Defender's Association. In 2018, Ms. Jorjani's work was recognized by the National Immigration Project of the National Lawyers Guild during the San Francisco convening of the American Immigration Lawyers Association.

18. I discussed the *Ortega-Rangel* case with Ms. Jorjani more than once during her development of the case. In preparing my declaration, I have reviewed the declaration of Ms. Jorjani, her the chart for billable hours, and the Court's order granting Petitioner's habeas petition.

19. In my experience, it is challenging to find an immigration practitioner with significant experience in immigration law, who is also well-versed in federal litigation and willing to pursue federal litigation in U.S. District Court while simultaneously continuing to represent a detained immigrant in their custody hearings and removal hearings at the agency level. This includes representation at the Board of Immigration Appeals, for example. As is often the case, I understand that Ms. Jorjani litigated a full custody

appeal before the Board of Immigration Appeals while simultaneously litigating Ms. Ortega Rangel's habeas petition before the District Court. It is even more challenging to find an immigration attorney who is an effective federal litigator *and* who will represent an indigent individual on a pro bono basis at the outset of the litigation.

20. I am generally familiar with the rates charged by attorneys representing detained immigrants in federal litigation before U.S. District Courts. I am also familiar with awards made by courts in these types of cases. The $475 hourly rate Ms. Jorjani is requesting through Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act constitutes a reasonable rate for an immigration practitioner and federal litigator of Ms. Jorjani's background and qualifications. It is consistent with and if anything falls below the prevailing rates in this community for similar work by attorneys with similar skill and experience.

21. I believe that the 80.75 hours for which Ms. Jorjani is seeking reimbursement, at an enhanced fee rate, is a reasonable total for an attorney representing a detained petitioner in a challenge to an Immigration Judge's decision in regular bond hearing held pursuant to 8 USC 1226(a).

1  I declare under penalty of perjury, under the laws of the State of California, that
2  the foregoing is true and correct and that this declaration was executed on this 16th
3  day of August, 2018, in Davis, California.

/s/ Holly S. Cooper<br>HOLLY S. COOPER