1  ALEX G. TSE (CSBN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7155
6       FAX: (415) 436-6748
        neill.tseng@usdoj.gov
7
   Attorneys for Federal Respondents
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  MARIA ORTEGA RANGEL,              )   CASE NO. C 18-1618 JSC
                                      )
13         Petitioner,                )
                                      )
14     v.                             )   **STIPULATION RE BRIEFING AND HEARING**
                                      )   **SCHEDULE; [PROPOSED] ORDER**
15  JEFFERSON SESSIONS, et al.,       )
                                      )
16         Respondents.               )
                                      )

17

18      Subject to the approval of the Court, the undersigned parties, by and through their counsel of

19  record, hereby stipulate to modify the briefing and hearing schedule for Petitioner's Motion for

20  Attorneys' Fees and Expenses Under the Equal Access to Justice Act (Doc. #15) as follows:

21      Federal Respondents' Opposition due:        September 13, 2018

22      Petitioner's Reply due:                     September 20, 2018

23      Hearing:                                    October 4, 2018, at 9:00 a.m.

24      The parties stipulate to and request this schedule in order to give them time to explore a possible

25  resolution of the issues presented by the subject motion.

26  //

27  //

28  //

STIP. RE BRIEFING & HEARING SCHEDULE; [PROPOSED] ORDER
C 18-1618 JSC                                     1

|   |   |
|---|---|
|   | Respectfully submitted, |

DATED: August 15, 2018                                       */s/ Raha Jorjani*
                                                            RAHA JORJANI, Esq.
                                                            Attorney for Petitioner

                                                            ALEX G. TSE
                                                            United States Attorney

DATED: August 15, 2018                                       */s/ Neill T. Tseng*
                                                            NEILL T. TSENG
                                                            Assistant United States Attorney
                                                            Attorneys for Federal Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:                                                      _____
                                                            JACQUELINE SCOTT CORLEY
                                                            UNITED STATES MAGISTRATE JUDGE

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

                                                            ALEX G. TSE
                                                            United States Attorney

DATED: August 15, 2018                                       */s/ Neill T. Tseng*
                                                            NEILL T. TSENG
                                                            Assistant United States Attorney

STIP. RE BRIEFING & HEARING SCHEDULE; [PROPOSED] ORDER
C 18-1618 JSC                                    2