ALEX G. TSE (CSBN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ORTEGA RANGEL,<br><br>    Petitioner,<br><br>  v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>    Respondents. | CASE NO. C 18-1618 JSC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE MANAGEMENT DATES; [PROPOSED] ORDER** |

    Petitioner Maria Ortega Rangel and Federal Respondents Jefferson Sessions, Kirstjen Nielsen and David Jennings (collectively, the "parties"), by and through their counsel of record, hereby notify the Court that the parties have reached a settlement in principle to resolve Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act (Dkt. No. 15) (the "Fee Motion"). The parties anticipate executing a settlement agreement as expeditiously as possible. Once the settlement is completed, the parties anticipate filing a stipulation of dismissal with prejudice.

    Therefore, subject to the approval of the Court, the parties hereby stipulate to vacate all pending case management dates and deadlines, including the deadline for Federal Respondents' opposition to the Fee Motion on September 13, 2018; the deadline for Petitioner's reply in support of the Fee Motion on September 20, 2018; and the hearing on the Fee Motion on October 4, 2018, at 9:00 a.m.

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: September 13, 2018 | */s/ Raha Jorjani*<br>RAHA JORJANI, Esq.<br>Attorney for Petitioner |
|   | ALEX G. TSE<br>United States Attorney |
| DATED: September 13, 2018 | */s/ Neill T. Tseng*<br>NEILL T. TSENG<br>Assistant United States Attorney<br>Attorneys for Federal Respondents |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| DATED: | JACQUELINE SCOTT CORLEY<br>UNITED STATES MAGISTRATE JUDGE |

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

|   |   |
|---|---|
|   | ALEX G. TSE<br>United States Attorney |
| DATED: September 13, 2018 | */s/ Neill T. Tseng*<br>NEILL T. TSENG<br>Assistant United States Attorney |