```
DAVID L. ANDERSON (CSBN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Federal Respondents
JEFFERSON SESSIONS, KIRSTJEN NIELSEN and ERIK S. BONNAR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ORTEGA RANGEL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>　　　　Respondents. | CASE NO. C 18-1618 JSC<br><br>**STIPULATION TO DISMISS FEDERAL RESPONDENTS WITH PREJUDICE;** [~~PROPOSED~~] **ORDER** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(2), Petitioner Maria Ortega Rangel and Federal Respondents Jefferson Sessions, Kirstjen Nielsen and Erik S. Bonnar,[1] by and through their undersigned counsel, hereby stipulate to dismiss with prejudice Federal Respondents from the above-captioned action, including all claims that were asserted against them. Each party will bear its own costs.

Respectfully submitted,

DATED:

1/31/19

_/s/ Raha Jorjani_
RAHA JORJANI, Esq.
Attorney for Petitioner

---

[1] Erik S. Bonnar was appointed as Acting San Francisco Field Office Director, Immigration and Customs Enforcement, automatically substituting for David Jennings as a party in accordance with Federal Rule of Civil Procedure 25(d).

STIPULATION TO DISMISS FEDERAL RESPONDENTS WITH PREJUDICE; [PROPOSED] ORDER
C 18-1618 JSC                                       1

DATED: 2/1/19

DAVID L. ANDERSON
United States Attorney

*/s/ Neill T. Tseng*

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Federal Respondents

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   February 4, 2019

*/s/ Jacqueline Scott Corley*

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE